

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## EASTERN DIVISION

| | |
|---|---|
| United States of America, | Case No. 5:24-CR-00163-JGB |
| Plaintiff, | |
| v. | **VERDICT FORM** |
| Marcos Guerrero,<br>Elijah Gafare,<br>Cinthia Leal, and<br>Vincent Solarez, | |
| Defendants. | |

## **MARCOS GUERRERO**

## **COUNT ONE**

## **Conspiracy to Interfere with Commerce by Robbery**

1. We, the jury in the above-captioned case, unanimously find defendant

   MARCOS GUERRERO:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 2.)*



(8)

1/22/25
‾‾‾‾‾‾‾‾‾‾‾‾‾
DATED                                FOREPERSON

2

# ELIJAH GAFARE

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

2. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____        NOT GUILTY

✓        GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 3.)*



| | |
|---|---|
| **1/22/25** | (8). |
| DATED | FOREPERSON |

# CINTHIA LEAL

## COUNT ONE

### Conspiracy to Interfere with Commerce by Robbery

3. We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

\_\_\_\_\_    NOT GUILTY

✓    GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 4.)*



1/22/25
DATED

FOREPERSON

4

## VINCENT SOLAREZ

## COUNT ONE

## Conspiracy to Interfere with Commerce by Robbery

4. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

_____   NOT GUILTY

✓   GUILTY

as charged in Count One of the First Superseding Indictment.

*(Proceed to Question 5.)*



1/22/25
DATED

FOREPERSON

## **MARCOS GUERRERO**

### **COUNT TWO**

### **Interference with Commerce by Robbery**

5.  We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

  ✓              GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 6.)*



1/22/25
DATED

FOREPERSON

# ELIJAH GAFARE

## COUNT TWO

### Interference with Commerce by Robbery

6. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____    NOT GUILTY

✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 7.)*

(8)

1/21/25
DATED

FOREPERSON

7

# CINTHIA LEAL

## COUNT TWO

### Interference with Commerce by Robbery

7.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 8.)*

*(8)*

___1/22/25___
DATED

_____
FOREPERSON

# VINCENT SOLAREZ

## COUNT TWO

### Interference with Commerce by Robbery

8.  We, the jury in the above-captioned case, unanimously find defendant

    VINCENT SOLAREZ:

    \_\_\_\_\_    NOT GUILTY

    ✓    GUILTY

as charged in Count Two of the First Superseding Indictment.

*(Proceed to Question 9.)*



1/22/25
DATED

(8)

FOREPERSON

## MARCOS GUERRERO

## COUNT THREE

### Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

9. We, the jury in the above-captioned case, unanimously find defendant MARCOS GUERRERO:

   \_\_\_\_\_     NOT GUILTY

   ✓     GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 9 is Guilty, you must also answer Question 10.  If your response to Question 9 is Not Guilty, do not answer Question 10.)*

10. Having found defendant MARCOS GUERRERO guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

   ✓     Used

   ✓     Carried

   ✓     Brandished

███████████ *( 8 )*

1/22/25
_____
DATED

███████████
_____
FOREPERSON

*(Proceed to Question 11.)*

10

## ELIJAH GAFARE

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

11. We, the jury in the above-captioned case, unanimously find defendant ELIJAH GAFARE:

_____ NOT GUILTY

___✓___ GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 11 is Guilty, you must also answer Question 12. If your response to Question 11 is Not Guilty, do not answer Question 12.)*

12. Having found defendant ELIJAH GAFARE guilty of the offense charged in Count Three of the First Superseding Indictment, we, the jury in the above-captioned case, unanimously find beyond a reasonable doubt that during the crime of violence a firearm was (check all that apply, if any):

___✓___ Used

___✓___ Carried

___✓___ Brandished                  ████████████ *(8)*

                                     ████████████

_____1/22/25_____                 _____
**DATED**                            **FOREPERSON**

*(Proceed to Question 13.)*

11

## CINTHIA LEAL

## COUNT THREE

## Possess, Use, Carry, and Brandish a Firearm in Furtherance of and During and in Relation to a Crime of Violence

13. We, the jury in the above-captioned case, unanimously find defendant
CINTHIA LEAL:

_____ NOT GUILTY

___✓___ GUILTY

as charged in Count Three of the First Superseding Indictment.

*(If your response to Question 13 is Guilty, you must also answer Question 14.  If your response to Question 13 is Not Guilty, do not answer Question 14.)*

14. Having found defendant CINTHIA LEAL guilty of the offense charged in
Count Three of the First Superseding Indictment, we, the jury in the above-
captioned case, unanimously find beyond a reasonable doubt that during the
crime of violence a firearm was (check all that apply, if any):

___✓___ Used

___✓___ Carried

___✓___ Brandished

_____1/22/25_____
DATED

████████████ ( 8 )
████████████
_____ FOREPERSON

*(Proceed to Question 15.)*

12

## MARCOS GUERRERO

## COUNT FOUR

### <u>Carjacking</u>

15.  We, the jury in the above-captioned case, unanimously find defendant

   MARCOS GUERRERO:

   _____    NOT GUILTY

   ✓    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 16.)*



_____
DATED

_____
FOREPERSON

# ELIJAH GAFARE

## COUNT FOUR

### Carjacking

16.  We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____        NOT GUILTY

✓            GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 17.)*



1/22/25
_____
DATED

_____
FOREPERSON

14

# CINTHIA LEAL

## COUNT FOUR

### Carjacking

17.  We, the jury in the above-captioned case, unanimously find defendant

CINTHIA LEAL:

\_\_\_\_\_      NOT GUILTY

✓      GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 18.)*



1/22/25
DATED

FOREPERSON

15

## VINCENT SOLAREZ

## COUNT FOUR

## Carjacking

18. We, the jury in the above-captioned case, unanimously find defendant

VINCENT SOLAREZ:

\_\_\_\_\_    NOT GUILTY

$\checkmark$    GUILTY

as charged in Count Four of the First Superseding Indictment.

*(Proceed to Question 19.)*



1/22/25
DATED

FOREPERSON

16

# MARCOS GUERRERO

## COUNT FIVE

### Witness Tampering

19. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____       NOT GUILTY

✓       GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 20.)*



(8)

_1/22/25_
DATED                                              FOREPERSON

# ELIJAH GAFARE

## COUNT FIVE

## Witness Tampering

20. We, the jury in the above-captioned case, unanimously find defendant

ELIJAH GAFARE:

_____     NOT GUILTY

___✓___     GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 21.)*



_____1/22/25_____
DATED

_____
FOREPERSON

18

# CINTHIA LEAL

## COUNT FIVE

## Witness Tampering

21. We, the jury in the above-captioned case, unanimously find defendant

   CINTHIA LEAL:

   _____    NOT GUILTY

   ✓_____    GUILTY

as charged in Count Five of the First Superseding Indictment.

*(Proceed to Question 22.)*



1/22/25
_____
**DATED**

_____
**FOREPERSON**

(8)

19

## MARCOS GUERRERO

### COUNT SIX

### Felon in Possession of a Firearm and Ammunition

22. We, the jury in the above-captioned case, unanimously find defendant

MARCOS GUERRERO:

_____    NOT GUILTY

___✓___    GUILTY

as charged in Count Six of the First Superseding Indictment.

 (8)

_____1/22/25_____              _____
DATED                                    FOREPERSON

20